# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MICHAEL CLARK,

      Plaintiff(s),

vs.

NDOC,

      Defendant(s).

Case No. 2:10-cv0882-RLH-RJJ

**O R D E R**
(Motion for Enlargement of Time–#11)

      Having considered Plaintiff's Motion for Enlargement of Time (#11) and for good cause appearing, IT IS HEREBY ORDERED that the motion is granted and Plaintiff shall have until October 29, 2010 to file an amended complaint. No further extensions will be granted.

      Dated: September 30, 2010.

_____
Roger L. Hunt
Chief United States District Judge