1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL CLARK, )
    #67471 )
                              )
    Plaintiff, )    2:10-cv-00882-RLH-RJJ
                              )
vs. )
                              )    **ORDER**
NDOC MEDICAL, )
                              )
    Defendant. )
                              /

17        This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On August
18 25, 2010, the court dismissed the complaint with leave to amend, ordering plaintiff to file an amended
19 complaint within thirty days (docket #9). The court subsequently granted plaintiff an extension of up
20 to October 29, 2010 to file his amended complaint (docket #14). Plaintiff was expressly warned that
21 failure to file an amended complaint would result in the dismissal of this action.
22        More than the allotted time has elapsed and plaintiff has not filed an amended complaint.
23 Accordingly, this action is dismissed.
24        **IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice.
25
26

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this ___15th___ day of _____September_____, 2010.

_____
ROGER L. HUNT
Chief United States District Judge